**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE, | Case: 5:15-CV-02045-VAP-DTB |
| Plaintiff, | **ORDER** |
| v. | |
| KEVINPRO CORP., a California Corporation; IGNACIO P. SALAZAR; KAY F. SALAZAR; and Does 1-10, | |
| Defendants. | |

**ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: November 24, 2015

*/s/ Virginia A. Phillips*
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT COURT JUDGE

1